ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD YOUREN, individually; and KIM YOUREN, as parent and natural guardian of BAILEY CARSTEN, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-0117-MMD-VCF<br><br>STIPUALTION AND ORDER TO CONTINUE THE SEPTEMBER 11, 2015 HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER |

COMES NOW, Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel of record, Robert W. Freeman, Jr., Esq. and Pamela L. McGaha, Esq. of LEWIS BRISBOIS BISGAARD & SMITH , and Plaintiffs Todd Youren, and Kim Youren, as parent and natural guardian oF Bailey Carsten, by and through their counsel of record, Benjamin P. Cloward, of CLOWARD HICKS & BRASIER, PLLC, and hereby stipulate, agree and make joint application to continue the hearing on September 11, 2015 fourteen (14) days, or to a time that this Court's calendar permits, to allow the

4829-9651-8679.1

1  parties to explore the possibility of mediation.

2  Dated this 10th day of September, 2015.          Dated this 10th day of September, 2015.

3  LEWIS BRISBOIS BISGAARD & SMITH LLP           CLOWARD HICKS & BRASIER, PLLC

4  /s/ Pamela L. McGaha                          /s/ Benjamin P. Cloward
   Robert W. Freeman, Jr., Esq.                  Benjamin P. Cloward, Esq.
5  Nevada Bar No. 3062                           Nevada Bar No. 11087
   PAMELA L. MCGAHA, ESQ.                        720 S. 6th Street
6  Nevada Bar No. 008181                         Las Vegas, Nevada 89101
7  6385 S. Rainbow Blvd., Suite 600              *Attorneys for Plaintiffs*
   Las Vegas, Nevada 89118
8  *Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERD that the hearing scheduled for September 11, 2015 is VACATED and rescheduled to 10:00 a.m., October 2, 2015, in courtroom 3D. Dated this 10th day of September, 2015.

_____
U.S. MAGISTRATE JUDGE