# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

TODD YOUREN, *et al.*,

        Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendants.

2:14-cv-00117-MMD-VCF

**ORDER**

    The court has been notified that the parties have reached a settlement agreement. (#45).

    Accordingly,

    IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 a.m., January 6, 2016 is VACATED.

    IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before March 1, 2016.

    DATED this 30th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE