1   ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003062
2   Email: Robert.Freeman@lewisbrisbois.com
    PAMELA L. MCGAHA, ESQ.
3   Nevada Bar No. 008181
    Email: Pamela.McGaha@lewisbrisbois.com
4   LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
5   Las Vegas, Nevada 89118
    702.893.3383
6   FAX: 702.893.3789
    *Attorneys for Defendant*
7   *STATE FARM MUTUAL AUTOMOBILE*
    *INSURANCE COMPANY*
8

9                    UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11

12   TODD YOUREN, individually; and KIM          CASE NO. 2:14-cv-0117-MMD-VCF
     YOUREN, as parent and natural guardian
13   of BAILEY CARSTEN, a minor,                  **STIPULATION AND ORDER FOR
                                                  DISMISSAL WITH PREJUDICE
14                                                REGARDING PLAINTIFF KIM YOUREN,
                Plaintiff,                        as parent and natural guardian of BAILEY
15                                                CARSTEN *ONLY***
16           vs.

     STATE FARM MUTUAL AUTOMOBILE
17   INSURANCE COMPANY, individually,
     DOES I-X, and ROE CORPORATIONS I-
18   X, inclusive,

19              Defendants.

20

21        IT IS HEREBY STIPULATED, by and among Plaintiff KIM YOUREN, as parent and

22   natural guardian of BAILEY CARTSEN ("YOUREN") and Defendant STATE FARM

23   MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM"), by and through

24   their respective counsel of record, that all of YOUREN'S claims and causes of action

25   against STATE FARM contained in the above-entitled action Case 2:14-cv-0117- MMD-

26   …

27   …

28   …

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-4850-7961.1

1  VCF, shall be dismissed with prejudice, each party to bear their own attorneys fees and

2  costs.

3  DATED this 26ᵗʰ day of October, 2016.        DATED this 26ᵗʰ day of October, 2016.

4  CLOWARD HICKS & BRASIER, PLLC        LEWIS BRISBOIS BISGAARD & SMITH LLP

6  */s/ Benjamin P. Cloward*                            */s/ Pamela L. McGaha*
   BENJAMIN P. CLOWARD                          ROBERT W. FREEMAN
   Nevada Bar No. 11087                              Nevada Bar No. 003062
7  4101 Meadows Lane, Suite 210                PAMELA L. MCGAHA, ESQ.
   Las Vegas, Nevada 89107                       Nevada Bar No. 008181
8  Attorneys for Plaintiff                            6385 S. Rainbow Boulevard, Suite 600
   KIM YOUREN, as parent and natural        Las Vegas, Nevada 89118
9  guardian of BAILEY CARTSEN                 *Attorneys for Defendant*
                                                              *STATE FARM MUTUAL AUTOMOBILE*
10                                                             *INSURANCE CO.*

12                                        **ORDER**

13       IT IS SO ORDERED.

15  _____
16  UNITED STATES DISTRICT COURT JUDGE
    Dated: October 26, 2016

28